

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00294-CV

**GLOBAL TANK CONSTRUCTION, LLC** and Scott Leonard d/b/a Global Tank
Construction,
Appellants

v.

**TARSCO BOLTED TANK, INC.,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 16-08-00339CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

The timely filing of a notice of appeal is jurisdictional.  *See* Tex. R. App. P. 25.1(b).
Without a post-judgment motion extending the deadline, a notice of appeal is due within thirty
days of the date of judgment.  *See* Tex. R. App. P. 26.1.  The notice of appeal in this case was
filed on March 11, 2019.

Texas Rule of Appellate Procedure 4.2 provides that, if the party lacks actual knowledge
of the signing of a judgment or appealable order, the running of the appellate deadlines begins on
the date of actual knowledge, not to exceed ninety days after the original judgment is signed. *See*
Tex. R. App. P. 4.2(a)(1).  The procedure to gain this additional time is governed by Texas Rule
of Civil Procedure 306a(5), which requires a party receiving actual knowledge more than twenty
days after the signing of the judgment, to establish the date of actual knowledge in the trial court
by motion and with notice.  *See id*. 4.2(b); Tex. R. Civ. P. 306a(5).  Following a hearing, the trial
court must sign a written order finding the date when the party first received notice. See Tex. R.
App. P. 4.2(c).

The record before this court reflects the trial court signed the judgment on December 11,
2018.  In their motion for new trial, appellants assert they received actual knowledge on January
11, 2019.  However, the record does not contain the required rule 306a motion or written order
establishing the date of actual knowledge. Under these circumstances, the notice of appeal was
due on January 10, 2019.

We, therefore, ORDER appellants to show cause in writing on or before **June 20, 2019** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

KEITH E. HOTTLE,
Clerk of Court